

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00119-CV

## IN RE OLSHAN FOUNDATION REPAIR COMPANY, LLC AND OLSHAN FOUNDATION REPAIR COMPANY OF DALLAS, LTD

_____

## Original Proceeding

## MEMORANDUM OPINION

The Court has considered the petition for mandamus filed by Olshan Foundation Repair Company, LLC and Olshan Foundation Repair Company of Dallas, LTD. We note that two other Courts have recently resolved similar issues involving the relators. *See In re Olshan Foundation Repair Co., LLC.*, 277 S.W.3d 124 (Tex. App.—Dallas 2009, orig. proceeding [mand. pending]); *In re Olshan Foundation Repair Co., LLC.*, 2008 Tex. App. LEXIS 9636 (Tex. App.—Fort Worth 2008, orig. proceeding [mand. pending]); *In re Olshan Foundation Repair Co., LLC.*, 2008 Tex. App. LEXIS 9660 (Tex. App.—Fort Worth 2008, orig. proceeding [mand. pending]). The petition for writ of mandamus is denied. The motion for sanctions filed by the real party in interest is denied. The stay of the trial court proceedings previously granted by this Court is hereby lifted.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Petition denied
Opinion delivered and filed July 1, 2009
[CV06]